UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **EUGENE LOYD** | **DOCKET NO. 6:09-cv-1249** |
| **V.** | **SECTION "P"** |
| **ALLEN CUPP, WARDEN** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE METHVIN** |

## ORDER

On July 22, 2009, *pro se* petitioner Eugene Loyd, an inmate in the custody of the Louisiana Department of Public Safety and Corrections who is incarcerated at the Richland Parish Detention Center, Rayville, Louisiana, filed the instant petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Petitioner attacks his February 2005 felony conviction in Louisiana's Twenty-First Judicial District Court, Tangipahoa Parish, Louisiana. Since the petition attacks a conviction which occurred in a Parish and Judicial District located within the geographical jurisdiction of the United States District Court for the Eastern District of Louisiana, venue is proper there. Therefore, in accordance with the provisions of 28 U.S.C. §2241(d),

**IT IS ORDERED THAT** the petition for writ of *habeas corpus* is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana

Signed at Lafayette, Louisiana, on July 30, 2009.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)